and JOHN J. McELLIGOTT, Trustee of the New York Fire Department Relief Fund, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements to the petitioner against the respondents-appellants, and petitioner's application for a final order granted. (See *Matter of Heffernan* v. *McGoldrick*, *ante*, p. 671, decided herewith.) Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of WALTER SIGNER, Petitioner, Appellant, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK and Others, as Members of the Board of Trustees of the New York Fire Department Pension Fund, Defendants, Respondents, Appellants, and JOHN J. McELLIGOTT, Trustee of the New York Fire Department Relief Fund, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements to the petitioner against the respondents-appellants, and petitioner's application for a final order granted. (See *Matter of Heffernan* v. *McGoldrick*, *ante*, p. 671, decided herewith.) Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN P. RYAN, Petitioner, Appellant, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK and Others, as Members of the Board of Trustees of the New York Fire Department Pension Fund, Defendants, Respondents, Appellants, and JOHN J. McELLIGOTT, Trustee of the New York Fire Department Relief Fund, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements to the petitioner against the respondents-appellants and petitioner's application for a final order granted. (See *Matter of Heffernan* v. *McGoldrick*, *ante*, p. 671, decided herewith.) Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

PHYLLIS MAKRIS, an Infant, by LAURA MAKRIS, Her Guardian ad Litem, and SPYROS MAKRIS, Respondents, v. SHEFFIELD FARMS COMPANY, INC., and HENRY BENKNER, Appellants.— Judgment affirmed, with costs. No opinion. Present— Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and order a new trial on the ground that the verdict in favor of the plaintiffs is not only grossly excessive but must have been the result of passion or prejudice on the part of the jury.

MARY HARRIS, Appellant, v. SANDEL MANUFACTURING Co., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

CHARLES A. SMYTHWICK, Appellant, v. ALFRED SCHULTS MILLS and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

FEDERAL CONSTRUCTION CORPORATION, a Domestic Corporation, Appellant, v. EDWARD F. KELLEY, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

CATHERINE GUERRA and DONATO GUERRA, Appellants, v. EMMA C. DAVIS, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.